UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER FRANKLIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | No.  2:24-cv-1822 DC SCR P<br><br><br>ORDER |

Petitioner filed his second request for an extension of time to file a reply to respondent's answer filed on April 3, 2025.  Good cause appearing, the request is granted.  No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 43) is granted; and

2. Petitioner may file a reply no later than June 30, 2025.  No further extensions of time will be granted.

DATED: May 19, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE